1  Mark E. Ellis – 127159
   Andrew M. Steinheimer – 200524
2  Jennifer A. Weiner – 226151
   ELLIS, COLEMAN, POIRIER, LAVOIE, &
3     STEINHEIMER LLP
   555 University Avenue, Suite 200 East
4  Sacramento, CA 95825
   Tel: (916) 283-8820
5  Fax: (916) 283-8821

   *E-filing*

6  Attorneys for Defendant VAN RU CREDIT CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  GLORIA ARZADON, an individual,                    CASE NO.:

12          Plaintiff,

                                                      NOTICE OF REMOVAL OF ACTION
13  v.                                                UNDER 28 USC § 1441(b) (FEDERAL
                                                      QUESTION)
    WELLS FARGO BANK, NA., dba WELLS
    FARGO CARD SERVICES, CANDY DOE, an
15  individual, VAN RU CREDIT CORPORATION,            BY FAX
    DOES 1 THROUGH 10, et al.,
16
            Defendants.
17

18

19          TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20          PLEASE TAKE NOTICE that defendant VAN RU CREDIT CORPORATION hereby removes

21  to this Court the state court action described below:

22          1.      On April 24, 2007, an action was commenced in Superior Court, State of California,

23  County of San Francisco, entitled GLORIA ARZADON, Plaintiff, v. WELLS FARGO BANK, NA., et

24  al., Defendants, as case number CGC-07-460636.

25          2.      On or about May 3, 2007, VAN RU CREDIT CORPORATION received the Summons

26  and Complaint, attached hereto as **Exhibit A**.

27          3.      This Court has jurisdiction to hear this case because this action is a civil action of which

28  this Court has original jurisdiction under **28 U.S.C. § 1331**, and is one which may be removed to this

                                        - 1 -

1   Court by defendant pursuant to the provisions of **28 U.S.C. § 1441(b)** in that it arises under the federal

2   Fair Debt Collection Practices Act (**15 U.S.C. § 1692.** *et seq.*).

3       4.    VAN RU CREDIT CORPORATION cannot determine whether any other defendant

4   has been served with the complaint and summons.  VAN RU CREDIT CORPORATION is in the

5   process of confirming that any other defendant consents to the removal of this action.

6   Dated: June 1, 2007

7                                ELLIS, COLEMAN, POIRIER, LAVOIE, &
                             STEINHEIMER LLP

10                               By
                                  Andrew M. Steinheimer

11                                    Attorneys for Defendant
                                  VAN RU CREDIT CORPORATION

NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QUESTION)

# CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On June 1, 2007, I served the following document(s) on the parties in the within action:

NOTICE OF REMOVAL OF ACTION UNDER 28 USC § 1441(b) (FEDERAL QUESTION)

| X | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |

**BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows:

**VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following:

**VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following:

Irving L. Berg
The Berg Law Group
145 Town Center, #493
Corte Madera, CA 94925

**Attorney For Plaintiff**
GLORIA ARZADON

Corporation Service Company
Lawyers' Incorporating Service
P.O. Box 526036
Sacramento, CA 95852

**Agent for Service of Process for**
WELLS FARGO CARD SERVICES

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 1, 2007.

By _____
Jennifer F. Mueller

**EXHIBIT A**

Ma, 11  2007  3:10PM
05-04-07   08:19PM   FROM-

may 11 2005 01:15PM
No. 1084   P. 4
.82   P.004   F-304

**SUM-100**

## SUMMONS 1st Amended Complaint
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY
DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH
10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
GLORIA ARZADON

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.
Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of California, County of San Francisco<br>400 McAllister Street, Room 103<br>San Francisco, CA 94102-4614 | CASE NUMBER:<br>*(Número del Caso):* CGC-07-480636 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Irving L. Berg     (415) 924-0742
145 Town Center, PMB 493, Corte Madera, CA 94925

GORDON PARK-LI

DATE:                     Clerk, by _____, Deputy
*(Fecha)* APR 2 5 2007     *(Secretario)*     *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

www.accesslaw.com



EXHIBIT
A

May . 2007  3:10PV
08-04-37    08:18PM   FRCM-

may   2007 0 TIER             No. 1084   P  8
                             T-882   P.006/328   F-304

1  Irving L. Berg (SBN 36273)
   THE BERG LAW GROUP
2  145 Town Center, PMB 493
   Corte Madera, California 94925
3  (415) 924-0742
   (415) 891-8208 (Fax)
4  irvberg@comcast.net (e-mail)

5  ATTORNEY FOR PLAINTIFF

6

7

ENDORSED
F I L E D
San Francisco County Superior Court

APR 2 4 2007

GORDON PARK-LI, Clerk
BY:____RONNIE OTEPO
                    Deputy Clerk

8                   SUPERIOR COURT OF CALIFORNIA

9                     COUNTY OF SAN FRANCISCO

10                      LIMITED JURISDICTION

11

12  GLORIA ARZADON, an individual,          Case No.: CGC-07-460636

13              Plaintiff,                   FIRST AMENDED COMPLAINT FOR
                                             VIOLATION OF FEDERAL AND STATE
    v.
14                                           LAW REGULATING CONSUMER DEBT
                                             COLLECTION PRACTICES
    WELLS FARGO BANK, N.A., dba WELLS
15  FARGO CARD SERVICES, CANDY DOE,
    an individual, VAN RU CREDIT             JURY DEMAND
16  CORPORATION, DOES 1 THROUGH 10,

17              Defendant.
                                    /
18

19                        I. INTRODUCTION

20        1.    Plaintiff is a resident of San Francisco County. She brings this lawsuit to seek

21  redress for Defendants' violation of the California and Federal Fair Debt Collection Practices

22  law. The California law is at Cal. Civ. Code § 1788 et seq. ("CA FDCPA"). The Federal law is

23  at 15 U.S.C. § 1692 et seq. ("FDCPA"). The California law incorporates provisions of the

24  Federal law pursuant to Cal. Civ. Code § 1788.17, which provides:

25              ...that every debt collector collecting or attempting to collect a
                consumer debt shall comply with the provisions of sections
26              1692b to 1692j...of Title 15 of the United States Code.

27  ///

28
    FIRST AMENDED COMPLAINT                   GLORIA ARZADON V. WELLS FARGO BANK
    CASE NO. CGC-07-460636            1

May 1. 2007  3:11PM    May 11 2007 01:11pm    No. 1084    P. 9
05-04-07    08:19PM    FROM-    T-982    P.007/028    F-804

2.    The Defendants are debt collectors under the provisions of Cal. Civ. Code § 1788.2(c), which provides:

> (C) The term "debt collector" means any person who, in the ordinary course of business, regularly, on behalf of himself or herself or others, engages in debt collection.

3.    These consumer protection statutes regulate debt collectors' conduct, and require, *inter alia*, that debt collectors cease contact with the consumer once the debt collector "knows the consumer is represented by an attorney." 15 U.S.C. § 1692c(a)(2). The Defendants were advised of attorney representation. Nonetheless, Defendants continued their collection contact with the Plaintiff, in violation of the consumer's right to be left alone from the debt collector while the Plaintiff's affairs are handled by Plaintiff's attorney.

4.    For Defendants' unlawful conduct, Plaintiff seeks statutory damages from each defendant, attorney's fees, and court costs.

## II. JURISDICTION AND VENUE

5.    Jurisdiction in this court is conferred by 15 U.S.C. § 1692k(d).

6.    Venue is proper in this court because Plaintiff resides in this county, Defendants do business in this county, and the collection communications were received in this county.

## III. PARTIES

7.    Plaintiff, GLORIA ARZADON ("Plaintiff" or "Arzadon"), resides in San Francisco, California.

8.    Defendant, WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES ("Bank") is a foreign corporation with a principal office at Portland, Oregon, where it receives mail at P. O. Box 4233, Portland, OR 97201.

9.    Bank's agent for service of process is Corporation Service Company, doing business as CSC-Lawyers Incorporating Service, P. O. Box 526036, Sacramento, CA 95852.

10.    Defendant VAN RU CREDIT CORPORATION ("Van Ru") is a third party debt collector as defined at 15 U.S.C. § 1692a(6) and is subject to the Rosenthal Act, pursuant to Cal. Civ. Code § 1788.2. Defendant Van Ru is amenable to legal process at 100024 Skokie Blvd., Suite 2, Skokie, IL 60077-1109.

May 1, 2007  5:11PM
05-04-07    09:13PM    FROM-

May 11 2007 1:11pm
No. 1024
T-892    P.008/028    F-304

1       11.    Defendant CANDY DOE ("Candy Doe") is an employee of Defendant Bank

2   whose duties include debt collection. Defendant Candy Doe works at the Bank office in

3   Albuquerque, New Mexico, and receives her mail there at P. O. Box 94423, Albuquerque, NM

4   97199.

5       12.    Plaintiff is ignorant of the true names or capacities of the defendants sued herein

6   under the fictitious names of DOES ONE THROUGH TEN, INCLUSIVE.

7       13.    Each of the fictitiously named Doe Defendants is responsible in some manner for

8   the wrongdoing alleged herein, and is liable for the damages recoverable by Plaintiff. Each of

9   the Doe Defendants was acting as agent or employee of the others.

10       14.    Defendant Bank is hereafter referred to as "Defendant" unless otherwise stated.

11       15.    Defendant Candy Doe is referred to as "Defendant" unless otherwise stated.

12       16.    Defendant Van Ru is referred to as "Defendant" unless otherwise stated.

13                     **IV. FACTUAL ALLEGATIONS**

14       17.    Plaintiff had two accounts with Defendant. The last four digits of the accounts are

15   9745 and 1046.

16       18.    The accounts were used for purchase of consumer goods for Plaintiff's personal

17   and household needs.

18       19.    Plaintiff was unable to make payments on the card, because of strained financial

19   circumstances.

20       20.    Plaintiff consulted Irving L. Berg to assist Plaintiff with Plaintiff's financial and

21   legal affairs.

22       21.    Plaintiff was advised that creditors should be referred to Plaintiff's attorney,

23   Irving L. Berg, should they call concerning the account.

24       22.    Plaintiff's attorney advised Defendants of his representation of Plaintiff and that

25   Defendants should direct all communications to him concerning Plaintiff's affairs.

26   ///

27

28

FIRST AMENDED COMPLAINT              GLORIA ARZADON V. WELLS FARGO BANK
CASE NO. CGC-07-460636            3

Received:
May 11  2007  3  11PM
05-04-07    08:20PM    FROM-

May 11 2007 01 11pm          No 1084   P  11
7-882   P.009/028   F-804

1    23.    Plaintiff's attorney sent the following letters of representation regarding Plaintiff's

2    accounts with Defendants:

3              December 22, 2006 - Exhibit A attached hereto

4              December 27, 2006 - Exhibit B attached hereto

5              January 7, 2007 - Exhibit C attached hereto

6    24.    The law, at Cal. Civ. Code § 1788.14(c), regulating the debt collection practices

7    of Defendants, says:

8         **No debt collector shall collect or attempt to collect a consumer
          debt by means of the following practices:**

9         **(c) Initiating communications other than statements of account, with
          the debtor with regard to the consumer debt, when the debt collector
10        has been previously notified in writing by the debtor's attorney that
          the debtor is represented by such attorney with respect to the
11        consumer debt and such notice includes the attorney's name and
          address and a request by such attorney that all communications
12        regarding the consumer debt be addressed to such attorney, unless the
          attorney fails to answer correspondence, return telephone calls, or
13        discuss the obligation in questions.**

14    25.    The Federal law, at 15 U.S.C. § 1692c(a)(2), incorporated into California law by

15    Cal. Civ. Code § 1788.17, says:

16        **A debt collector may not communicate with a consumer in
          connection with the collection of any debt:**

17
          **(2) if the debt collector knows the consumer is represented by
18        an attorney with respect to such debt and has knowledge of, or
          can readily ascertain, such attorney's name and address, unless
19        the attorney fails to respond within a reasonable period of time
          to a communication from the debt collector or unless the
20        attorney consents to direct communication with the
          consumer....**

21    26.    Defendants unlawfully communicated directly with Plaintiff as follows:

22         February 1, 2007 - Letter attached as Exhibit D

23         February 13, 2007 - Telephone Call from Defendant Candy Doe

24         February 14, 2007 - Letter attached as Exhibit E

25         March 27, 2007 - Letter attached as Exhibit F

26         April 4, 2007 - Letter attached as Exhibit G (Van Ru collection letter)

27    ///

28
FIRST AMENDED COMPLAINT                    GLORIA ARZADON V. WELLS FARGO BANK
CASE NO. CGC-07-460636                     4

May. 11  2007  3: 11PM

05-04-07    08:20PM    FROM-

Received.

May 11 2007 01 11pm

No. 1084    P    2
T-882  P 010/028  F-804

1    27.    On a date unknown, Defendant Bank transferred, assigned, or sold Plaintiff's

2    account to Defendant Van Ru. Plaintiff alleges on information that the account transferred by

3    Defendant Bank to Defendant Van Ru shows or should show attorney representation.

4                                    **V. CLAIM FOR RELIEF**

5    28    Plaintiff incorporates by reference all of the foregoing paragraphs.

6    29.    Defendants violate the following sections of the FDCPA, incorporated into

7    California law by Cal. Civ. Code § 1788.17;

8            **A.    Communicating with the consumer when the debt collector:**

9            **...knows the consumer is represented by an attorney with**
             **respect to such debt and has knowledge of, or can readily**
10           **ascertain, such attorney's name and address...**

11    (Violation of 15 U.S.C. § 16592(c)(a)(2).)

12           **(c) Initiating communications other than statements of**
             **account, with the debtor with regard to the consumer debt,**
13           **when the debt collector has been previously notified in writing**
             **by the debtor's attorney that the debtor is represented by such**
14           **attorney with respect to the consumer debt and such notice**
             **includes the attorney's name and address and a request by**
15           **such attorney that all communications regarding the consumer**
             **debt be addressed to such attorney, unless the attorney fails to**
16           **answer correspondence, return telephone calls, or discuss the**
             **obligation in questions.**

17    (Violation of Cal. Civ. Code § 1788.14(c))

18                                   **VI. PRAYER FOR RELIEF**

19    WHEREFORE, Plaintiff prays for the following relief:

20    A.    Statutory damages of $2,000, as to Defendant Bank, pursuant to Cal. Civ. Code §

21    1788.17 and 15 U.S.C. § 1692k.

22    B.    Statutory damages of $2,000, as to Defendant Candy Doe pursuant to Cal. Civ.

23    Code § 1788.17 and 15 U.S.C. § 1692k.

24    C.    Statutory damages of $2,000, as to Defendant Van Ru, pursuant to Cal. Civ. Code

25    § 1788.17 and 15 U.S.C. § 1692.

26    D.    Statutory damages of $4,000, as to Does 1 through 10, in pro-rata shares, pursuant

27    to Cal. Civ. Code § 1788.17 and 15 U.S.C. § 1692.

28

May 11 2007 3 11PM                              May 11 2007 01:12pm
05-04-07   08:20PM  FROM-                                No. 1984   P. 13
                                                   T-882  P.011/028  F-304

1    E.    Attorney's fees and litigation expenses as provided by Cal. Civ. Code § 1788.32

2  and 15 U.S.C. § 1692k(a).

3

4  Dated: 4·24·07

Irving L. Berg
5                                       THE BERG LAW GROUP
                                        145 Town Center, No. 493
6                                       Corte Madera, California 94925
                                        (415) 924-0742
7                                       (415) 891-8208 (Fax)

8                                       ATTORNEY FOR PLAINTIFF

9

10                        **JURY DEMAND**

11    Plaintiff demands trial by jury.

12  Dated: 4·24·07
                                        Irving L. Berg
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
FIRST AMENDED COMPLAINT                      GLORIA ARZADON V. WELLS FARGO BANK
CASE NO. CGC-07-460636               6

**EXHIBIT  B**

Rece ved:
May 11 2007  3  11:51
05-04-07    08:20PM    FROM-

Ma, 11 2007 01:12pm
No 1152  P  15
T-982  P 013/028  F-304

*THE BERG LAW GROUP*
*...ITORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742  Fax: (415) 891-8208*
*e-mail irvberg@comcast.net*

IRVING L. BERG, ESQ

December 22, 2006

Wells Fargo Card Services
P. O. Box 10347
Des Moines, IA 50306

Re:    Gloria Arzadon
       Account No.: xxxx9745 - Visa
       Balance $11,879.17

Dear Sir or Madam:

This office represents the captioned consumer. CEASE and DESIST further communication with the consumer.

All communications concerning my client's financial affairs, including the captioned debt, and any other debts alleged to be owed by my client ("debts") shall hereafter be made to this office in writing.

Any action you intend to take with respect to collection of the debts shall hereafter be made to this office in writing. The debts are disputed.

Do not contact my client or my client's employer concerning the debts. Do not contact my client's family or friends regarding the alleged debts. All contact shall only be with this office in writing.

Please be advised that recording of telephone calls is prohibited by California law.

Further, please note that, should my client bring a legal action in connection with your collection practices that legal action could result in a judgment that would include actual costs of filing the complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,

Irving L. Berg
ILB/rl

repletterCD.fm

05-04-07    08:20PM    FROM-

T-682    P.015/028    F-304

*THE BERG LAW GROUP*
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742  Fax: (415) 891-8208*
e-mail irvberg@comcast.net

IRVING L. BERG, ESQ.

December 27, 2006

Wells Fargo Bank N.A.
c/o Customer Service Management
PO Box 4233
Portland, OR 97208

Re:     Gloria Arzadon
        Account No.: xxxx1056
        Balance $9,456.34

Dear Sir or Madam:

This office represents the captioned consumer. CEASE and DESIST further communication
with the consumer.

All communications concerning my client's financial affairs, including the captioned debt, and
any other debts alleged to be owed by my client ("debts") shall hereafter be made to this office in
writing.

Any action you intend to take with respect to collection of the debts shall hereafter be made to
this office in writing. The debts are disputed.

Do not contact my client or my client's employer concerning the debts. Do not contact my
client's family or friends regarding the alleged debts. All contact shall only be with this office in
writing.

Please be advised that recording of telephone calls is prohibited by California law.

Further, please note that, should my client bring a legal action in connection with your collection
practices that legal action could result in a judgment that would include actual costs of filing the
complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,

Irving L. Berg
ILB/cf

replatterCD.frm

**EXHIBIT C**

May  1  2007  3:12PM                                    May  1  2007  01:12PM          No. 1094    P  19
05-04-07    08:20PM    FROM-                                                      T-882  P.017/028  F-304

*THE BERG LAW GROUP*
*ATTORNEYS AND COUNSELORS AT LAW*
*145 Town Center, PMB 493*
*Corte Madera, California 94925*
*Phone: (415) 924-0742 Fax: (415) 891-8208*
*e-mail irvberg@comcast.net*

IRVING L. BERG, ESQ.

January 7, 2007

Wells Fargo Card Services
c/o Customer Management
PO Box 4233
Portland, OR 97208

Re:    Gloria Arzadon
       Account No.: xxxx1056
       Balance $9,445.70

Dear Sir or Madam:

This office represents the captioned consumer. CEASE and DESIST further communication
with the consumer.

All communications concerning my client's financial affairs, including the captioned debt, and
any other debts alleged to be owed by my client ("debts") shall hereafter be made to this office in
writing.

Any action you intend to take with respect to collection of the debts shall hereafter be made to
this office in writing. The debts are disputed.

Do not contact my client or my client's employer concerning the debts. Do not contact my
client's family or friends regarding the alleged debts. All contact shall only be with this office in
writing.

Please be advised that recording of telephone calls is prohibited by California law.

Further, please note that, should my client bring a legal action in connection with your collection
practices that legal action could result in a judgment that would include actual costs of filing the
complaint, actual costs of service of process, and reasonable attorney's fees.

Sincerely,

Irving L. Berg
ILB/cf

replcttrCD.frm

**EXHIBIT D**

May. 11  2007  3:12PM                              May 11 2007 01:12PM      No 1094    P  21
05-04-07   3a:21PM   FROM-                                    T-882   P 019/029   F-304

**WELLS FARGO**               2,460                Wells Fargo Servicing Center
                                                   Personal Credit Management Payment Processing
                                                   MAC Q2132-013
                                                   P.O. Box 94423
                                                   Albuquerque, NM  87199-9833

February 1 , 2007


            ||ˌ|ˌˌ|ˌˌ|ˌ||||ˌˌˌˌˌ|ˌ|ˌˌ|ˌˌ||ˌ||ˌˌ||ˌˌ||ˌˌ|ˌ|ˌˌ|ˌ|ˌ|
            GLORIA RIDAD GALIZA ARZADON
            120 ELLIS ST APT 303
            SAN FRANCISCO, CA  94102-2137




    RE:    Account Number      66266255510560001
           Past Due Amount     $173.38

    Dear GLORIA RIDAD GALIZA ARZADON :

    This is a reminder that we have not received your payment on the above-referenced account.  Please take care of
    this situation by mailing your payment for the Past Due Amount today.

    If you are unable to make a payment or if your financial circumstances have changed, please call us at
    1-800-241-0028.  For TDD assistance, call 1-800-353-5565.

    It is important that you take action now before this unpaid balance affects your credit rating.  Thank you for your
    prompt attention to this matter.

    Sincerely,


    CCG Collections Servicing

    The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained
    will be used for that purpose.

                                                                          YOM-X (REX282D)

RECEIVED.
May 11. 2007  3:12PM
05-04-07    38:21PM    FROM

Ma, . 2007 03 12PM    No 1094    P. 23
'2   P 027/028   F-804



959

Wells Fargo Servicing Center
Personal Credit Management Payment Processing
MAC: Q2132-013
P.O. Box 94423
Albuquerque, NM 87199-9833

February 14, 2007

        GLORIA RIDAD GALIZA ARZADON
        120 ELLIS ST APT 303
        SAN FRANCISCO, CA  94102-2137

RE:  Account Number     66266255510560001
     Past Due Amount    $346.27
     Account Balance    $9,634.40 plus accrued daily interest

Dear GLORIA RIDAD GALIZA ARZADON :

Your above-referenced account remains past due despite our repeated attempts to help you resolve this matter.
To avoid further collection action, please send your payment of $346.27 today.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit reporting agency, to which we report, if you fail to fulfill the terms of your credit
obligations.

If you have questions, please call us at 1-800-241-0046. For TDD assistance, call 1-800-353-5565.

Sincerely,

CCG  Collections Servicing

The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained
will be used for that purpose.

VOMIM-M (INCREDIT)

**EXHIBIT  F**

May 11 2007 3:12PM  Received

05-04-07   09:21PM  FROM-

May 11 2007 01:13pm

No 1094   P 25

T-682   P.023/029   F-904



1,044

Wells Fargo Servicing Center
Personal Credit Management Payment Processing
MAC Q2132-013
P.O. Box 94423
Albuquerque, NM 87199-9833

March 27, 2007


GLORIA RIDAD GALIZA ARZADON
120 ELLIS ST APT 303
SAN FRANCISCO, CA  94102-2137


RE:   Account Number     66266255510560001
      Balance            $9,830.43 plus accrued daily interest

Dear GLORIA RIDAD GALIZA ARZADON :

The last payment on your above-referenced account was received on 0/0000. As of today, we have not heard from you.

Please call us immediately at 1-800-368-0075 to make arrangements to bring your account current. For TDD assistance, call 1-800-353-5565.

As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency, to which we report, if you fail to fulfill the terms of your credit obligations.

Sincerely,


CCG Collections Servicing

The laws of some states require or to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

NORISPINKRZHGL.

**EXHIBIT G**

*Van Ru Credit Corporation*
*10024 Skokie Blvd Suite 2 · Skokie IL 60077-1109*
*Telephone # 877-209-5701 Ext 0*

April 4, 2007

| | | | |
|---|---|---|---|
| Creditor...................... | Wells Fargo Bank N.A. | Principal ......................... | 9349.92 |
| Account #................... | 6626255510560001 | Interest ........................... | 393.96 |
| Amount Now Due ..... | $509.94 | Fees/Late Charges ............ | 105.00 |
| | | Total Balance ................. | $9848.88 |

Our client, Wells Fargo Bank N.A., has placed your account with us for collection. This is an important matter and deserves your immediate attention.

The Total Balance is the total amount you owe as of the date of this letter. Because of interest, which continues to accrue, the Total Balance may vary from day to day. The Amount Now Due of $509.94 noted above is the minimum portion of your Total Balance that is now due. All payments should be made payable and sent to Wells Fargo Bank N.A., at the address noted below. A return envelope is enclosed for your convenience. Please include the coupon below with your payment.

All correspondence to Van Ru Credit Corporation must be sent to our address noted above.

If you have any questions, or wish to discuss your account with one of our representatives, you may call us at the toll free number listed above.

This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

The following is required by California law. It is not a complete list of the rights consumers have under state and federal law: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

710NVANRU163

***Detach Lower Portion And Return With Payment***

PO Box 46549
Lincolnwood IL 60646-0549
RETURN SERVICE REQUESTED

*Van Ru Credit Corporation*
*10024 Skokie Blvd Suite 2 ▪ Skokie IL 60077-1109*
*Telephone # 877-209-5701 Ext 0*
*Mon-Thu 7am to 9pm Fri 8am to 5pm Sat 8am to 12pm CT*

April 4, 2007

Wells Fargo Bank N.A.
PO Box 54780
Los Angeles CA 90054-0780

7060158-163-R03   473742   40925
GLORIA RIDAD GA ARZADON
120 Ellis St Apt 303
San Francisco CA 94102-2137

Account #: 6626255510560001
Total Balance: $9848.88

Received

05-04-07    08:21PM    FROM-

May 11 2007 01:13pm        No. 1064    P 28

T-882    P.026/028    F-304

05/04/07                           Van Ru Credit Corporation (Skokie)                        PAGE 1
9:53 AM SLY                                    SELECTED

--------------------------------------------------------------------------------------------------

COLLECTOR       SHI - 0    SKOKIE Q.C. Q

STATUS          Acct:7080166      Disposition:3600 CHASE COMMUNICATION      Wait: 05/03/07

DEBTOR          Name:ARLADON GLORIA RIZAD GA              Sen:605381271   Cbr:  Ph:415-352-0732B
                Adr:120 ELLIS ST APT 303  POE:                  Lgl:  PO2 Ph: .
                City:SAN FRANCISCO         Cty:                 Canc:  Born:
                St:    Zip:                St:    Zip:          COT:Y  Sal:

                Clnt:WFY10 WELLS FARGO CONSUMER CREDIT GROUP, MINNEAPOLIS MN, 4825625861056600C1        Ory:  9848.68
                List:04/03/07 Srv:          Ltrs:1   Time:22  Calls:33  Con:1  Sal:  9979.27

APPLIED PAYMENTS No payments.


NOTES               LMH 04/03/07  7:87  3999 DLC SERIES COMPLETE ct ASSIGN index 115674397
                    LMM 04/03/07  7:89  3000 INDIX REQ COLLECT sys
                    mab 04/03/07  9:41  Letter #163 Wells Fargo-LOC requested at PL98183 index
                    cmb 04/03/07  9:41  115672526 1
                    WES 04/03/07  7:21P (ND) Called (415)3620732 from campaign WLSO
                    MJH 04/04/07  6.06  Letter #163 Wells Fargo-LOC sent
                    mab 04/04/07  2:03P Updated udw 300.22 with lb BFDATE ct EFFDAT index 115689026
                    mab 04/04/07  2:03P ( -7060158)
                    adl 04/04/07 08:46P pos 415-362-0732 Call Lost On hold
                    adl 04/04/07 10:46P pos 415-362-0732 Call Lost On Hold
                    mab 04/05/07 11:40  Updated udw 303.22 with lb BFDATE ct EFFDAT index 115700392
                    mab 04/05/07 11:40  ( -7060158)
                    adl 04/05/07 02:21P rcw 415-362-0732 Call Lost On Hold
                    adl 04/05/07 06:53P rea 415-362-0732 Call Lost On Hold
                    adl 04/05/07 09:05P rea 415-362-0732 Call Lost On Hold
                    adl 04/05/07 10:00P rcw 415-362-0732 No Answer
                    adl 04/05/07 10:44P rcw 415-362-0732 No Answer
                    mab 04/06/07  2:06P Updated udw 300.22 with lb BFDATE at EFFDAT index 118753427
                    mab 04/06/07  2:06P ( -7060158)
                    adl 04/06/07 07:26P rea 416-362-0732 Call Lost On Hold
                    mab 04/07/07 11:37  Updated udw 300.22 with lb BFDATE ct EFFDAT index 115781976
                    mab 04/07/07 11:37  ( -7060158)
                    mab 04/09/07  9:40  Updated udw 300.22 with lb BFDATE ct EFFDAT index 115802559
                    mab 04/09/07  9:40  ( -7060158)
                    adl 04/09/07 11:27  rea 415-362-0732 Call Lost On Hold
                    adl 04/09/07 02:13P rea 415-362-0732 Call Lost On Hold
                    WES 04/09/07  6:22P (ND) Called (415)3620732 from campaign WLSO
                    adl 04/10/07 05:21P rea 415-362-0732 Call Lost On Hold
                    adl 04/10/07 03:43P rea 415-362-0732 Call Lost On Hold
                    adl 04/10/07 10:37P rea 415-362-0732 Call Lost On Hold
                    mba 04/11/07 10:33  Updated udw 300.22 with lb BFDATE at EFFDAT index 115830069
                    mba 04/11/07 10:32  ( -7060158)
                    adl 04/11/07 07:25P rea 415-362-0732 Call Lost On Hold

Received:
May 11 2007 01:13pm
May 11 2007 3:12PM
05-04-07    09:21PM    FROM-                                                    No. 1084    P. 29
                                                                T-882   P 027/028   F-904

05/04/07                          Van Ru Credit Corporation (Skokie)                          PAGE 2
9:54 AM SLY                              SELECTED

nbo 04/12/07 10:55 Updated udw 300,22 with 1b EFDATE et EFFDAT index 115849076
nba 04/12/07 10:56 ( -7060188)
adl 04/22/07 02:07P res 415-362-0732 Call Lost On Hold
nba 04/13/07 2:54P Updated udw 300,22 with 1b EFDATE et EFFDAT index 115896367
nba 04/13/07 2:54P ( -7060153)
nba 04/14/07 10:06 Updated udw 300,22 with 1b EFDATE et BFFDAT index 115904830
nba 04/14/07 10:06 ( -7060158)
nba 04/16/07 10:57 Updated udw 300,22 with 1b EFDATE et EFFDAT index 115918691
nba 04/16/07 10:57 ( -7060158)
adl 04/16/07 10:25P res 415-362-0732 No Answer
adl 04/17/07 04:18P res 415-362-0732 No Answer
WEK 04/17/07 8:29P NO ANSWER (contd)
WEX 04/17/07 8:29P 3000 BEGIN REG COLLECT
bbb 04/18/07 12:38 Updated udw 300,22 with 1b BFDATE et EFFDAT index 115952887
bbb 04/18/07 10:38 ( -7060158)
WEJ 04/18/07 9:12P (NO) Called (618)3620732 from campaign WLSN
WEJ 04/18/07 9:12P ANSWERING MACHINE NO MESSAGE (contd)
WEJ 04/18/07 9:12P 3000 BEGIN REG COLLECT
adl 04/18/07 09:39P res 415-362-0732 Call Lost On Hold
bbb 04/19/07 12:26P Updated udw 300,22 with 1b EFDATE et EFFDAT index 115970425
bbb 04/19/07 12:26P ( -7060158)
bbb 04/20/07 10:29 Updated udw 300,22 with 1b EFDATE et EFFDAT index 116006728
bbb 04/20/07 10:29 ( -7060188)
WEY 04/20/07 4:44P (NO) Called (415)3620732 from campaign WLSS
WEY 04/20/07 4:44P ANSWERING MACHINE NO MESSAGE (contd)
WEY 04/20/07 4:44P 3000 BEGIN REG COLLECT
adl 04/20/07 05:56P res 415-362-0732 Call Lost On Hold
nba 04/21/07 10:11 Updated udw 300,22 with 1b EFDATE et BFFDAT index 116020366
nba 04/21/07 10:11 ( -7060158)
WES 04/22/07 4:07P (NO) Called (415)3620732 from campaign WLSN
WES 04/22/07 4:07P NO ANSWER (contd)
WES 04/22/07 4:07P 3000 BEGIN REG COLLECT
nba 04/23/07 3:57P Updated udw 300,22 with 1b EFDATE et EFFDAT index 116071307
nba 04/23/07 3:57P ( -7060158)
CSS 04/24/07 4:51P RCVD ATTY CORR CEASE COMMUNICATION WITH DBTR CORRESPOND
CSS 04/24/07 4:51P WITH ATTY ONLY VIA MAIL
CSS 04/24/07 4:52P Scanned Image - Type: '' Subtype: ''
CSS 04/24/07 4:55P Client Services Review (contd)
CSS 04/24/07 4:55P 3ATY DEBTOR HAS ATTORNEY
WEJ 04/24/07 8:03P (NO) Called (415)3620732 from campaign WLSN
WEJ 04/24/07 8:03P ANSWERING MACHINE NO MESSAGE (contd)
WEJ 04/24/07 8:03P 3000 BEGIN REG COLLECT
adl 04/24/07 10:31P res 415-362-0732 No Answer
nba 04/25/07 10:27 Updated udw 300,22 with 1b EFDATE et EFFDAT index 116096915
nba 04/25/07 10:27 ( -7060158)
adl 04/25/07 03:02P res 415-362-0732 Call Lost On Hold
WEA 04/25/07 5:16P (NO) Called (415)3620732 from campaign WLSN
WEA 04/25/07 5:16P ANSWERING MACHINE NO MESSAGE (contd)
WEA 04/25/07 5:16P 3000 BEGIN REG COLLECT
adl 04/25/07 05:43P res 415-362-0732 Call Lost On Hold

Received                                          May 11 2007 01 13pm

May  11  2007  3:13PM                                        No. 1054    P  30
08-04-07    08:21PM    FROM—                      T-882   P.028/029   F-904

05/04/07                          Van Ru Credit Corporation (Skokie)                    PAGE 3
9:54 AM  SLY                              SKL2CTRD

WEP 04/25/07  7:29P (ND) Called (415)3620732 from campaign WLRN
WFP 04/25/07  7:29P ANSWERING MACHINE NO MESSAGE (cont#)
WEF 04/25/07  7:29P 3000 BEGIN REG COLLECT
Wxa 04/25/07  8:58P (ND) Called (415)3620732 from campaign WLSN
WZ8 04/25/07  8:58P ANSWERING MACHINE NO MESSAGE (cont#)
WE8 04/25/07  8:88P 3000 BEGIN REG COLLECT
nha 04/26/07  4:12P Updated udw 300,22 with lb EFDATE ct EFFDAT index 116103795
nha 04/26/07  4:12P  ( -7060158)
WEX 04/26/07 10:01P (ND) Called (415)3620732 from campaign WLS3
WEX 04/26/07 10:01P NO ANSWER (cont#)
WEX 04/26/07 10:01P 3000 BEGIN REG COLLECT
nha 04/27/07  9:37 Updated udw 300,22 with lb EFDATE ct EFFDAT index 116137714
nha 04/27/07  9:37  ( -7060158)
WKO 04/27/07 12:51P Reviewed Accounts (cont#)
WKO 04/27/07 12:51P RATY DEBTOR WAS ATTORNEY
WKO 04/27/07 12:52P Debtor phone flag changed from  co 9
WKO 04/27/07 12:52P Odw 134-1 phone# changed from  co 415-362-0732
WEP 04/27/07  3:00P (ND) Called (415)3620732 from campaign WLRN
WEP 04/27/07  3:00P ANSWERING MACHINE NO MESSAGE (cont#)
WEP 04/27/07  3:00P 3000 BEGIN REG COLLECT
nha 04/28/07 11:48 Updated udw 300,22 with lb BYDATE ct EFFDAT index 116149696
nha 04/28/07 11:48  ( -7060158)
NJB 04/28/07  4:00P 3SKP SKIP ACCOUNT ct NOPHONE index 116152397
nha 04/30/07  9:56 Updated udw 300,22 with lb EFDATE ct EFFDAT index 116172353
nha 04/30/07  9:56  ( -7060158)
nnd 05/01/07  9:25P Outsource File 20070501090537 has been sent to Vendor 1
nha 05/02/07  9:18 Updated udw 300,22 with lb EFDATE ct EFFDAT index 116204394
nha 05/02/07  9:18  ( -7060158)
IXR 05/02/07 11:50 Manager Review (cont#)
IXR 05/02/07 11:50 3800 CEASE COMMUNICATION
C91 05/02/07  2:27P Viewed Image: 22150t2123.tif
nnd 05/02/07  6:49P Outsource File 20070502093958 has been sent to Vendor 2
nha 05/03/07  9:28 Updated udw 300,22 with lb EFDATE ct EFFDAT index 116215800
nha 05/03/07  9:28  ( -7060158)
wab 05/03/07  9:57 Co SSN changed from 608381271 to
mab 05/03/07 10:06 Co name changed from ARZADON,GLORIA RIDAD GA to ARZADON,
sab 05/03/07 10:06 Co name changed from ARZADON, to ,
CS1 05/03/07 10:12 Printed Image: 22150t2123.tif
C91 05/03/07 10:36 FRWD TO SKOKIE COPY OF CORRS IN IM AS REQUESTED
SLY 05/03/07  4:01P SUIT RCVD, GC REVIEW.
SLY 05/03/07  4:01P Transferred from W3H to SH1
SLY 05/03/07  4:01P Manager Review (cont#)
SLY 05/03/07  4:01P 3600 CEASE COMMUNICATION
SLY 05/03/07  4:01P N.P. phone flag changed from  to 1
SLY 05/03/07  4:01P POE phone flag changed from  to :

** END OF REPORT **