```
 1  Mark E. Ellis – 127159
    Andrew M. Steinheimer – 200524
 2  Jennifer A. Weiner – 226151
    ELLIS, COLEMAN, POIRIER, LAVOIE, &
 3    STEINHEIMER LLP
    555 University Avenue, Suite 200 East
 4  Sacramento, CA 95825
    Tel: (916) 283-8820
 5  Fax: (916) 283-8821

 6  Attorneys for Defendant VAN RU CREDIT CORPORATION
```

FILED
07 JUN -1 PM 3: 20
RICHARD W. ...
CLERK U.S. DISTRICT ...
NORTHERN DISTRICT OF CALIFORNIA

E-filing

EDL

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

C 07 2868

| | |
|---|---|
| GLORIA ARZADON, an individual, | Case No.: |
| Plaintiff, | San Francisco Case No.: CGC-07-460636 |
| v. | **DEMAND FOR JURY TRIAL** |
| WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH 10, et al., | |
| Defendants. | |

Defendant VAN RU CREDIT CORPORATION hereby demands a jury trial in this matter.

Dated: June 1, 2007

ELLIS, COLEMAN, POIRIER, LAVOIE, &
STEINHEIMER LLP

By _____
Andrew M. Steinheimer
Attorneys for Defendant
VAN RU CREDIT CORPORATION

- 1 -

DEMAND FOR JURY TRIAL

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On June 1, 2007, I served the following document(s) on the parties in the within action:

### DEMAND FOR JURY TRIAL

| | |
|---|---|
| **X** | **BY MAIL:** I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND:** The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE:** The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE:** The above-described document(s) will be delivered by overnight service, to the following: |

Irving L. Berg  
The Berg Law Group  
145 Town Center, #493  
Corte Madera, CA 94925

**Attorney For Plaintiff**  
GLORIA ARZADON

Corporation Service Company  
Lawyers' Incorporating Service  
P.O. Box 526036  
Sacramento, CA 95852

**Agent for Service of Process for**  
WELLS FARGO CARD SERVICES

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 1, 2007.

By _____  
Jennifer E. Mueller

- 2 -

DEMAND FOR JURY TRIAL