1  Mark E. Ellis   127159
   Andrew M. Steinheimer   200524
2  Jennifer A. Weiner   226151
   ELLIS, COLEMAN, POIRIER, LAVOIE, &
3    STEINHEIMER LLP
   555 University Avenue, Suite 200 East
4  Sacramento, CA  95825
   Tel: (916) 283-8820
5  Fax: (916) 283-8821

6  Attorneys for Defendant VAN RU CREDIT CORPORATION

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                                          **C 07 - 2868**

11 GLORIA ARZADON, an individual,     Case No.:
                                      San Francisco Case No.: CGC-07-460636
12       Plaintiff,

13    v.                              **CERTIFICATION AND NOTICE TO
                                      INTERESTED PARTIES**
14 WELLS FARGO BANK, N.A., dba WELLS
   FARGO CARD SERVICES, CANDY DOE, an
15 individual, VAN RU CREDIT CORPORATION,
   DOES 1 THROUGH 10, et al.,
16
         Defendants.
17

18



- 1 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

1  The undersigned, counsel of record for Defendant VAN RU CREDIT CORPORATION, certify
2  that the following listed parties have a direct, pecuniary interest in the outcome of this case. These
3  representations are made to enable the Court to evaluate possible disqualification or recusal.
4      1.    GLORIA ARZADON, Plaintiff
5      2.    WELLS FARGO BANK, NA., Defendant
6      3.    VAN RU CREDIT CORPORATION, Defendant.
7  Dated: June 1, 2007

ELLIS, COLEMAN, POIRIER, LAVOIE, &
STEINHEIMER LLP

By _____
Andrew M. Steinheimer
Attorneys for Defendant
VAN RU CREDIT CORPORATION

- 2 -

CERTIFICATION AND NOTICE TO INTERESTED PARTIES

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On June 1, 2007, I served the following document(s) on the parties in the within action:

**CERTIFICATION AND NOTICE TO INTERESTED PARTIES**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Irving L. Berg  
The Berg Law Group  
145 Town Center, #493  
Corte Madera, CA 94925  

**Attorney For Plaintiff**  
GLORIA ARZADON

Corporation Service Company  
Lawyers' Incorporating Service  
P.O. Box 526036  
Sacramento, CA 95852  

**Agent for Service of Process for**  
WELLS FARGO CARD SERVICES

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 1, 2007.

By: _____  
Jennifer E. Mueller

- 3 -