1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Jennifer A. Weiner - 226151
   ELLIS, COLEMAN, POIRIER, LAVOIE, &
3    STEINHEIMER LLP
   555 University Avenue, Suite 200 East
4  Sacramento, CA 95825
   Tel: (916) 283-8820
5  Fax: (916) 283-8821

6  Attorneys for Defendant VAN RU CREDIT CORPORATION

E-filing

EDL

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

**C 07 2868**

11  GLORIA ARZADON, an individual,           Case No.:
                                             San Francisco Case No.: CGC-07-460636
12         Plaintiff,
                                             **CERTIFICATE OF SERVICE OF NOTICE
13  v.                                       TO ADVERSE PARTY OF REMOVAL TO
                                             FEDERAL COURT**
14  WELLS FARGO BANK, N.A., dba WELLS
    FARGO CARD SERVICES, CANDY DOE, an
15  individual, VAN RU CREDIT CORPORATION,
    DOES 1 THROUGH 10, et al.,
16
           Defendants.
17

- 1 -

CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

I, Jennifer E. Mueller, certify and declare as follows:

I am over the age of 18 years and not a party to this action. My business address is 555 University Avenue, Suite 200 East, which is located in the city and county of Sacramento, California.

On June 1, 2007, I deposited into the U.S. mail a copy of the Notice to Adverse Party of Removal to Federal Court, a copy of which is attached to this Certificate, to Plaintiff GLORIA ARZADON, through her attorneys of record, Irving L. Berg and Susanne B. Berg, and Defendant WELLS FARGO BANK, NA., dba WELLS FARGO CARD SERVICES, through their agent for service of process, Corporation Service Company.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 1, 2007

By _____
Jennifer E. Mueller

## CERTIFICATE OF SERVICE

I, Jennifer E. Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 555 University Avenue, Suite 200 East, Sacramento, CA 95825.

On June 1, 2007, I served the following document(s) on the parties in the within action:

**CERTIFICATE OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**

| | |
|---|---|
| X | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at Sacramento, CA on this date, addressed as follows: |
| | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
| | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
| | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |

Irving L. Berg  
The Berg Law Group  
145 Town Center, #493  
Corte Madera, CA 94925  

**Attorney For Plaintiff**  
GLORIA ARZADON  

Corporation Service Company  
Lawyers' Incorporating Service  
P.O. Box 526036  
Sacramento, CA  95852  

**Agent for Service of Process for**  
WELLS FARGO CARD SERVICES  

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on June 1, 2007.

By: _/s/ Jennifer E. Mueller_  
Jennifer E. Mueller