**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT

6              NORTHERN DISTRICT OF CALIFORNIA

7
8   GLORIA ARZADON,

9              Plaintiff,                     Case No. C 07-02868 EDL

10
        v.                                    RECUSAL ORDER
11
    WELLS FARGO & COMPANY, NA
12  et al.,

13             Defendants.
    _____/
14

15         TO ALL PARTIES AND COUNSEL OF RECORD:

16         This Court recuses itself from hearing this matter.  The Clerk shall reassign this matter forthwith

17  to another judge.

18         IT IS SO ORDERED.

19

20  Dated: June 6, 2007

21

22

23  _____
    ELIZABETH D. LAPORTE
    United States Magistrate Judge
24

25

26

27

28