Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

Susanne B. Berg (SBN 236468)
177 Post Street, Suite 600
San Francisco, CA 94108
(415) 217-0000
(415) 738-2302 (Fax)
berglaw@gmail.com (e-mail)

ATTORNEY FOR PLAINTIFF

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ARZADON, an individual, | Case No.: 07-2868 JSW |
| Plaintiff, | **MOTION FOR ADMINISTRATIVE RELIEF** |
| v. | |
| WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH 10, | **REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| | Date of CMC: August 24, 2007 |
| | Time: 1:30 |
| Defendant. | Location: Ctrm A, 15th Flr, San Francisco |
| / | Judge: Joseph C. Spero |

Plaintiff asks that the Case Management Conference set for August 24, 2007, at 1:30 p.m., before Judge Spero be continued to Friday, October 19, 2007, at 1:30 p.m..

The reason for this continuance request is that the Plaintiff has filed a Chapter 7 bankruptcy, this lawsuit is listed as exempt from the bankruptcy, and the determination of exemption will not be made until September 7, 2007.

Plaintiff does not believe there is any basis for objections to the exemption, and anticipates the lawsuit, claimed as exempt, will be set aside as exempt under 11 U.S.C. § 522(l).

In a telephone call to counsel for Defendant Bank, no opposition to the motion was

1  stated. Counsel for Defendant Van Ru has not responded to my voicemail request for a

2  stipulation to the motion. See Declaration of Berg, filed concurrently.

3      WHEREFORE, Plaintiff requests an order continuing the Case Management Conference

4  be to October 19, 2007, and that the requirements under F. R. Civ. Proc. 26(f); ADR; Civil L. R.

5  3-5, 16-8, 9; and F. R. Civ. Proc. 26(a)(1) shall be met by September 19, 2007.

6  Dated: August 2, 2007         /s

    Irving L. Berg
7      Susanne B. Berg
    THE BERG LAW GROUP
8      145 Town Center, No. 493
    Corte Madera, California 94925
9      (415) 924-0742
    (415) 891-8208 (Fax)
10

    ATTORNEY FOR PLAINTIFF