Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

Susanne B. Berg (SBN 236468)
177 Post Street, Suite 600
San Francisco, CA 94108
(415) 217-0000
(415) 738-2302 (Fax)
berglaw@gmail.com (e-mail)

ATTORNEY FOR PLAINTIFF

U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GLORIA ARZADON, an individual, | Case No.: 07-2868 JSW |
| Plaintiff, | **DECLARATION OF IRVING L. BERG IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF: REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO BANK, N.A., dba WELLS FARGO CARD SERVICES, CANDY DOE, an individual, VAN RU CREDIT CORPORATION, DOES 1 THROUGH 10, | |
| Defendant. | Date of CMC: August 24, 2007<br>Time:           1:30<br>Location:   Ctrm A, 15th Flr, San Francisco<br>Judge:       Joseph C. Spero |

I, Irving L. Berg, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. I telephoned defense counsel for Wells Fargo Bank and Van Ru Credit Corporation to ascertain whether they would object or stipulate to a continuance of the Case Management Conference.

2. The counsel for Wells Fargo responded that she had no objection to the motion.

3. I received no response from defense counsel for Van Ru.

                                            1                    U. S. DIST. CT. CASE NO. 07-2868 JSW

1  I declare under penalty of perjury that the foregoing statements are true and correct and
2  that this Declaration was executed at Corte Madera, California.
3
4  Dated: August 2, 2007                                  /s/
                                                     Irving L. Berg