1   Irving L. Berg (SBN 36273)
    THE BERG LAW GROUP
2   145 Town Center, PMB 493
    Corte Madera, California 94925
3   (415) 924-0742
    (415) 891-8208 (Fax)
4   irvberg@comcast.net (e-mail)

5   Susanne B. Berg (SBN 236468)
    177 Post Street, Suite 600
6   San Francisco, CA 94108
    (415) 217-0000
7   (415) 738-2302 (Fax)
    berglaw@gmail.com (e-mail)
8
    ATTORNEY FOR PLAINTIFF
9

10              U. S. DISTRICT COURT

11         NORTHERN DISTRICT OF CALIFORNIA

12            SAN FRANCISCO DIVISION

13

14   GLORIA ARZADON,  an individual,      Case No.:  07-2868 JSW

15              Plaintiff,        **[PROPOSED] ORDER CONTINUING**
     v.                          **CASE MANAGEMENT CONFERENCE**
16
     WELLS FARGO BANK, N.A., dba WELLS    Date of CMC: August 24, 2007
17   FARGO CARD SERVICES, CANDY DOE,      Time:        1:30
     an individual, VAN RU CREDIT         Location:    Ctrm A, 15th Flr, San Francisco
18   CORPORATION, DOES 1 THROUGH 10,      Judge:       Joseph C. Spero

19              Defendant.
                                                    /
20

21       Good cause appearing, Plaintiff's Motion for Administrative Relief, Request to Continue

22   Initial Case Management Conference, is granted.  The case Management Conference previously

23   set for August 24, 2007, at 1:30 is continued to October 19, 2007, at 1:30 p.m.

24       All pre-case management matters shall be concluded no later than September 19,

25   2007.

26   Dated:_____        _____
                                       Joseph C. Spero, District Court Magistrate Judge
27

28

                                      1