U. S. DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**Gloria Arzadon v. Wells Fargo Bank, N.A., et al.**
U. S. District Court Case No.: 07-2868 JSW

**PROOF OF MAILING**

    I declare I am over the age of eighteen years of age and not a party to the within case. My business address is 145 Town Center, PMB 493, Corte Madera, CA 94925. On the date set forth below, I served the:

**MOTION FOR ADMINISTRATIVE RELIEF; REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF IRVING L. BERG IN SUPPORT**

by first class, United States mail, postage prepaid at Corte Madera, County of Marin, State of California, and addressed to those parties listed below.

    I declare under penalty of perjury that the foregoing is true and correct.

Dated:   August 2, 2007                            /s/
                                                          Irving L. Berg

Andrea Wirum, Trustee
P. O. Box 1108
Lafayette, CA 94549