UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Gloria Arzadon

        Plaintiff(s),

v.

Wells Fargo Bank, N.A., dba Wells Fargo Card Services, Candy Doe, Van Ru Credit Corporation
        Defendant(s).
        _____ /

No.   C 07-2868 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 14, 2007

Andrew M. Steinheimer
_____
Signature

Counsel for  Defendant Van Ru Credit Corporation
(Plaintiff, Defendant, or indicate "pro se")