BARBARA CRAY, ESQ.(Bar #88181)
LAW OFFICES OF BARBARA CRAY
303 Twin Dolphin Dr., 6th Floor
Redwood Shores, CA 94065
(650) 654-2729
(650) 654-2727 (facsimile)

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA ARZADON,            )<br>                            )<br>       Plaintiff,          )<br>                            )<br>vs.                         )<br>                            )<br>WELLS FARGO BANK, N.A., dba WELLS )<br>FARGO CARD SERVICES, CANDY DOE,)<br>an individual, VAN RU CREDIT )<br>CORPORATION                 )<br>       Defendants.         )<br>_____) | Case No.  C 07 2868 JCS<br><br>**SUBSTITUTION OF ATTORNEYS** |

TO THE COURT AND ALL ATTORNEYS OF RECORD HEREIN:

Defendant Van Ru Credit Corporation hereby substitutes the Law Offices of Barbara Cray, 303 Twin Dolphin Dr., 6th Floor, Redwood Shores, Ca 94065 (phone: (650) 654-2720; fax: (650) 654-2727; e-mail: craylaw@comcast.net) as its counsel of record in the above-entitled action, and in the related action of Arzadon v. Wells Fargo Bank, N.A. et al., Case No. C 07 2667, in the place and stead of Ellis Coleman Poirier La Voie & Steinheimer, LLP.

I consent to this substitution.

September 26, 2007                     s/s Lawrence Lasky_____
                                       VAN RU CREDIT CORPORATION
                                       By: Lawrence Lasky_____
                                       Its: General Counsel_____

_____
**SUBSTITUTION OF ATTORNEYS**                                                      1

I consent to this substitution.

September 26, 2007                ELLIS COLEMAN POIRIER LA VOIE & STEINHEIMER

                                  By: s/s Andrew Steinheimer
                                      Andrew Steinheimer

I consent to this substitution.

September 26, 2007                LAW OFFICES OF BARBARA CRAY

                                  Barbara Cray
                                  Barbara Cray

Dated: October 1, 2007



IT IS SO ORDERED
Judge Joseph C. Spero

_____
**SUBSTITUTION OF ATTORNEYS**                                                    2