# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.** C 07-02667 JCS & Related Case No. C07-2868 JCS

**CASE NAME:** GLORIA ARZADON v. WELLS FARGO BANK
**RELATED CASE NAME:** GLORIA ARZADON v. WELLS FARGO BANK

**MAGISTRATE JUDGE JOSEPH C. SPERO**        **COURTROOM DEPUTY:** Karen Hom

**DATE:** Oct. 19, 2007        **TIME:** 49 mins        **COURT REPORTER:** Not recorded

**COUNSEL FOR PLAINTIFF:**        **COUNSEL FOR DEFENDANT:**
Irving L. Berg        Barbara Cray

**PROCEEDINGS:**        **RULING:**

1. Case Management Conference        Held.

**ORDERED AFTER HEARING:**

Related case C07-2868 JCS is dismissed without prejudice. This action is identical to the C07-2667 JCS action.
Answer filed by Dft Van Ru Credit in C07-2868 JCS is deemed as filed in this case. Ms. Cray to electronically file Dft Van Ru's answer in C07-2667 JCS.
This case shall be referred to Court's ADR for Mediation, to occur within 90 days.
Plaintiff stipulated that the claim against Dft Wells Fargo is strictly under the CA Civil Code, and as to Dft Van Ru Credit there is both a federal and state claim.
Court ordered that as long as there is a federal claim, this action will remain in Federal Court and as to Dft Van Ru they are a debt collector under federal law and has liability in addition to the State Law under the Federal Act.
Parties shall complete exchange of paper documents. No depositions to be taken until the next case management conference.
An updated joint case management conference statement shall be due by 1/11/8

**ORDER TO BE PREPARED BY:**        () Plaintiff        () Defendant        (X) Court

**CASE CONTINUED TO:** 1/18/08 at 1:30 p.m., for a further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing: at 9:30 a.m. | | Pretrial Conference: at 1:30 p.m. |
| Trial Date: at 8:30 a.m. ()Jury ()Court Set for days | | |

**cc:** Chambers; Karen
* (T) = Telephonic Appearance